IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00272-BNB

ROY ALBERT KAHN,

    Plaintiff,

v.

U.S. BUREAU OF PRISONS,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Roy Albert Kahn, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado.  Mr. Kahn initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on February 1, 2012.  By order dated February 28, 2012, Magistrate Judge Boyd N. Boland granted Mr. Kahn leave to proceed pursuant to 28 U.S.C. § 1915.

    The February 28 Order requires Mr. Kahn to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $10.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement.  The Order warns Mr. Kahn that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Kahn has not communicated with the Court since February 1, 2012. Accordingly, Mr. Kahn has failed either to pay the initial partial filing fee within the time allowed, as designated in the February 28, 2012, Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Therefore, this action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Kahn's failure either to pay an initial partial filing fee of $10.00 or to show cause why he has no assets and no means by which to pay the designated fee.

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  5th  day of    April    , 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court